IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD PETRUNICH** : | |
|         **Plaintiff** : | |
| v. : | 3:CV-04-2234 |
| : | (JUDGE VANASKIE) |
| **SUN BUILDING SYSTEMS, INC., d/b/a** : | |
| Contempri Homes, **THOMAS SCHOTT,** : | |
| **JIM JONES** : | |
|         **Defendants** : | |

## SPECIAL VERDICT QUESTIONS

1. Do you find that Plaintiff proved by a preponderance of the evidence that he suffered damages?

    Yes _____               No ✓

If you answer "Yes," please proceed to Question 2.

If you answer "No," do not answer the following questions. Sign and date the form at the designated place and return to the Courtroom.

2. Do you find the Defendants proved by a preponderance of the evidence that Plaintiff failed to mitigate or reduce his damages?

    Yes _____               No _____

If you answer "Yes," please proceed to Question 3.

If you answer "No," please proceed to Question 4.

    3. Do you find that Defendants proved by a preponderance of the evidence that Defendants made an unconditional offer of reinstatement to Plaintiff?

        Yes \_\_\_\_\_                       No \_\_\_\_\_

    If you answer "Yes," please state the date when Defendant made the unconditional offer of reinstatement.

        Date: _____

    4. Under the law as given to you in these instructions, state the amount, if any, that you award to Plaintiff for:

| | |
|---|---|
| Back Pay: | $_____ |
| Front Pay: | $_____ |
| Pain/Emotional Distress: | $_____ |

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: _1/9/07_                      _[signature]_
                                                      Foreperson